IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MUNOZ, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>GIUMARRA VINEYARDS CORPORATION, et al.,<br><br>            Defendants.<br>_____/ | Case No. 1:09-cv-00703 AWI JLT<br><br>ORDER AMENDING SCHEDULING CONFERENCE ORDER TO EXTEND DEADLINE BY WHICH TO FILE MOTION FOR CLASS CERTIFICATION<br><br>(Doc. 37) |

Before the Court is the stipulation of counsel to extend the date by which the motion for class certification must be filed from June 17, 2011 to July 1, 2011. (Doc. 37) In support of the stipulation, counsel explain that due to the size of the potential class, Defendants have been delayed in providing the final set of documents. Id. at 3. However, to date, 300 boxes of documents, an electronic database and a potential class list of about 10,000 employees. Id. Plaintiffs report that their expert has not yet completed his analysis but believe that the analysis will be completed by June 17, 2011. Id. As a result, Plaintiffs request until July 1, 2011 to file their motion for class certification. Id.

///

///

///

///

1

1  **ORDER**

2      Good cause appearing, the Scheduling Order, issued March 26, 2010, is amended to extend
3  the deadline for filing the motion for class certification to July 1, 2011.

4

5  IT IS SO ORDERED.

6  Dated:   **June 3, 2011**                                                            /s/ Jennifer L. Thurston
                                                                               UNITED STATES MAGISTRATE JUDGE