# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL MUNOZ, et al., | Case No.: 1:09-cv-00703 - AWI - JLT |
| Plaintiffs, | ORDER DIRECTING PLAINTIFFS TO FILE A PROPOSED CLASS NOTICE |
| v. | |
| GUIMARRA VINEYARDS CORPORATION, | |
| Defendant. | |

On June 3, 2013, the Court ordered Plaintiffs to file a proposed class notice within twenty-one days for the Court's approval. (Doc. 121 at 16). However, Plaintiffs filed a petition for permission to appeal to the Ninth Circuit Court of Appeals on June 17, 2013. The Ninth Circuit denied Plaintiff's petition for permission to appeal on September 11, 2013. (Doc. 123). Thus, it is now necessary for Plaintiffs to provide a proposed class notice to the Court for the case to progress.

Accordingly, **IT IS HEREBY ORDERED**: Plaintiffs **SHALL** file a proposed class notice for the Court's approval no later than **October 4, 2013**.

IT IS SO ORDERED.

Dated:   **September 16, 2013**         /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE