# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL MUNOZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GUIMARRA VINEYARDS CORPORATION,<br><br>　　　　Defendant. | Case No.: 1:09-cv-00703- AWI-JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED OCTOBER 7, 2013 |

On October 7, 2013, the Court ordered Plaintiff to show cause why sanctions should not be imposed for their failure to comply with the Court's order to file a proposed class, or in the alternative to file a proposed class notice within fourteen days. (Doc. 126). The proposed class notice has been filed by Plaintiffs. Accordingly, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **October 8, 2013**　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1