UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL MUNOZ, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>GUIMARRA VINEYARDS CORPORATION,<br><br>        Defendant. | Case No.: 1:09-cv-00703 - AWI - JLT<br><br>ORDER SETTING A BRIEFING SCHEDULE REGARDING THE PROPOSED CLASS NOTICE |

On October 7, 2013, Plaintiffs filed a proposed class notice. (Doc. 125). The parties are DIRECTED to meet and confer regarding the proposed class notice, and discuss any changes to the class notice suggested by Defendant no later than **October 18, 2013**.

Defendant **SHALL** file any written objections to the proposed class notice no later than **October 25, 2013**. Plaintiffs **SHALL** file any reply no later than **November 1, 2013**.

IT IS SO ORDERED.

Dated:  **October 15, 2013**              **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE

1