**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAPHAEL MUNOZ, et al., | ) Case No.: 1:09-cv-00703- AWI-JLT |
| Plaintiffs, | ) ) ORDER APPOINTING THE LAW FIRMS OF |
| v. | ) MALLISON & MARTINEZ and KINGSLEY & ) KINGSLEY AS CLASS COUNSEL |
| GUIMARRA VINEYARDS CORPORATION, | ) ) |
| Defendant. | ) ) |

Previously this Court determined the law firms Mallison & Martinez and Kingsley & Kingsley will provide adequate representation for the class, because review of the class counsels' declarations demonstrated counsel are experienced wage and hour attorneys with class action experience. (See Doc. 109 at 29, *adopted in* Doc. 121). However, no appointment of class counsel was made at the time the classes were certified. Accordingly, **IT IS HEREBY ORDERED** that the law firms of Mallison & Martinez and Kingsley & Kingsley are **APPOINTED** as class counsel, nunc pro tunc.

IT IS SO ORDERED.

Dated:   November 8, 2013               _____
                                         SENIOR   DISTRICT JUDGE

1