1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11  RAPHAEL MUNOZ, et al.,                    )   Case No.: 1:09-cv-00703- AWI-JLT
                                              )
12          Plaintiffs,                       )   ORDER DENYING WITHOUT PREJUDICE
                                              )   PLAINTIFFS' REQUEST FOR APPROVAL OF
13      v.                                    )   THE REVISED CLASS NOTICE; ORDER
                                              )   APPOINTING CLASS NOTICE
14  GUIMARRA VINEYARDS CORPORATION,           )   ADMINISTRATOR (Doc. 134)
                                              )
15          Defendant.                        )
                                              )   ORDER DIRECTING PLAINTIFFS TO FILE AN
16                                            )   AMENDED CLASS NOTICE NO LATER THAN
                                              )   DECEMBER 2, 2013
17

18          On November 15, 2013, Plaintiffs submitted a revised Class Notice for the Court's approval.

19  (Doc. 134).  In addition, Plaintiffs seek the appointment of V3 Corporation as Class Notice

20  Administrator to take charge of the mailing the class notice.  Because the parties have previously

21  agreed to this appointment (*See* Doc. 133 at 3), Plaintiff's request is **GRANTED**.

22          Significantly, however, the revised Class Notice submitted by Plaintiffs fails to comply with

23  the Court's order to omit the language requiring a class member requesting exclusion to "check[] the

24  appropriate box."  (*See* Doc. 133 at 5; Doc. 134-1 at 6).  As required by the Court, there is no longer a

25  box to check, so it appears the failure to delete this language is an oversight.  *Id*. In addition, the

26  "Election to be Excluded" form erroneously indicates the defendant in the action is Sunview, rather

27  than Guimarra Vineards Corporation.  (*See* Doc. 134-1 at 6).

28  ///

                                              1

Given the deficiencies of the proposed Class Notice, **IT IS HEREBY ORDERED**:

1.     V3 Corporation is **APPOINTED** the Class Notice Administrator, and **SHALL** comply with the deadlines set forth in the Court's order dated November 18, 2013 (Doc. 133);

2.     Plaintiff's request for approval of the revised Class Notice is **DENIED without prejudice**;

3.     Plaintiffs SHALL file a Class Notice curing the deficiencies identified by this Order **<u>no later than December 2, 2013</u>**;

4.     **<u>No later than December 2, 2013</u>**, Plaintiffs SHALL file a declaration by the certified court interpreter who translated the revised Class Notice into Spanish, attesting that he/she well and truly interpreted the English version of the revised notice into Spanish.

Failure to comply with this Order may result in the imposition of sanctions pursuant to Local Rule 110.

IT IS SO ORDERED.

    Dated:    **November 26, 2013**         **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE