UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL MUNOZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GUIMARRA VINEYARDS CORPORATION, <br><br> Defendant. | Case No.: 1:09-cv-00703- AWI-JLT <br><br> ORDER GRANTING FINAL APPROVAL OF THE CLASS NOTICE <br><br> (Doc. 136) |

On December 2, 2013, Plaintiffs submitted a revised Class Notice for the Court's approval. (Doc. 136-1.) Plaintiffs have complied with the Court's orders regarding its contents, and the Class Notice contains the information required by Rule 23(c) of the Federal Rules of Civil Procedure, including the nature of the action, the class definitions approve by the Court, the claims and issues to be resolved, how a class member may enter appear through an attorney or chose to be excluded from the class, the time and method to opt-out of the class, and the binding effect of a class judgment. For these reasons, final approval of the Class Notice (Doc. 136-1) is **GRANTED**.

IT IS SO ORDERED.

Dated:   **December 11, 2013**          /s/ Jennifer L. Thurston
                                                        UNITED STATES MAGISTRATE JUDGE

1