# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MUNOZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GIUMARRA VINEARDS CORPORATION, <br><br> Defendant. | Case No.: 1:09-cv-00703 - AWI - JLT <br><br> ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS; ORDER CONTINUING STATUS CONFERENCE <br><br> (Doc. 145) |

Before the court is the stipulation of counsel to extend the deadline by which they will file dispositive motions. (Doc. 145) Counsel report that Plaintiffs have prepared a summary of evidence and counsel agree additional time is needed for Plaintiff to "vet" the document for errors and to make corrections, if needed. Id. at 2. This summary will be used in the planned motion for summary adjudication. Id. Good cause appearing, the stipulation is **GRANTED** as follows:

1. The motion for summary adjudication **SHALL** be filed no later than **October 3, 2014**;
2. The status conference is **CONTINUED** to **October 15, 2014** at 9:30 a.m.

IT IS SO ORDERED.

Dated: **September 20, 2014**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE