UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL MUNOZ, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GIUMMARA VINEYARDS CORPORATION,<br><br>   Defendant. | Case No.: 1:09-cv-00703-AWI-JLT<br><br>ORDER SETTING BRIEFING SCHEDULE RE: PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION AND FURTHER STATUS CONFERENCE |

On October 15, 2014, the Court held a further status conference. After conferring with counsel, the Court sets the following briefing schedule re: Plaintiffs' motion for summary adjudication:

1. Opposition to Plaintiff's motion for summary adjudication SHALL be filed no later than **January 23, 2015**;

2. A further status conference is set on **January 30, 2015** at 9:00 a.m. Telephonic appearances via CourtCall are authorized. At that time, counsel shall be prepared to discuss the amount of time needed for Plaintiffs to file their reply brief and whether discovery will be needed for

1

that purpose.  In addition, though the Court expects that all merits discovery will be completed by **February 16, 2015,** counsel shall be prepared also to discuss any merits discovery still outstanding[1];

3. All counsel are expected to take whatever steps are necessary to move the case forward as expeditiously as possible.

**<u>Failure to comply with this order may result in the imposition of sanctions.</u>**

IT IS SO ORDERED.

Dated:   **October 15, 2014**                          **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] To justify additional discovery after this deadline—such as, as Plaintiffs' counsel expressed at the hearing, in the event Plaintiffs do not succeed on their MSA—counsel will be expected to demonstrate why the discovery could not have been completed before that date or that the topic upon which discovery is needed was not reasonably known and cold not have been reasonably anticipated by counsel.

2