UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL MUNOZ, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GIUMMARA VINEYARDS CORPORATION,<br><br>        Defendant. | Case No.: 1:09-cv-00703-AWI-JLT<br><br>ORDER SETTING FURTHER STATUS CONFERENCE |

On January 30, 2015, the Court held a further status conference. Based upon its conference with counsel, the Court **ORDERS**:

    1.    A further status conference is set on **February 20, 2015** at 9:30 a.m. Telephonic appearances via CourtCall are authorized. At that time, counsel shall be prepared to discuss:

        a.    their meet and confer efforts designed to address the evidentiary issues raised by Plaintiff's motion for summary judgment and their efforts to streamline the contested issues of the motion;

        b.    whether Defendant believes an amended opposition to the motion for summary need be filed;

        c.    whether there exists any outstanding merits discovery;

    2.    All counsel are expected to take whatever steps are necessary to move the case forward as expeditiously as possible.

1

**<u>Failure to comply with this order may result in the imposition of sanctions.</u>**

IT IS SO ORDERED.

Dated: **January 30, 2015**          /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE