UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL MUNOZ, et al., | Case No.: 1:09-cv-00703-AWI-JLT |
| Plaintiffs, | ORDER SETTING FURTHER STATUS CONFERENCE |
| v. | |
| GIUMMARA VINEYARDS CORPORATION, | |
| Defendant. | |

On February 20, 2015, the Court held a further status conference. Based upon its conference with counsel, the Court **ORDERS**:

1. No later than March 6, 2015, Plaintiffs SHALL provide Defendant's counsel the "tool" created to allow easier analysis and verification of the results of the evidentiary summary;

2. A further status conference is set on **March 23, 2015** at 9:00 a.m. Telephonic appearances via CourtCall are authorized. At that time, counsel shall be prepared to discuss:

   a. their meet and confer efforts designed to address the evidentiary issues raised by Plaintiff's motion for summary judgment and their efforts to streamline the contested issues of the motion;

   b. whether Defendant believes an amended opposition to the motion for summary need be filed and when it will be filed. Ideally, the amended motion, if there is one, will be filed before the status conference;

1

    c. when Plaintiffs will be prepared to file the reply brief;

 2. All counsel are expected to take whatever steps are necessary to move the case forward as expeditiously as possible.

**<u>Failure to comply with this order may result in the imposition of sanctions.</u>**

IT IS SO ORDERED.

Dated: **February 24, 2015**     **/s/ Jennifer L. Thurston**
                   UNITED STATES MAGISTRATE JUDGE