UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL MUNOZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GIUMMARA VINEYARDS CORPORATION, <br><br> Defendant. | Case No.: 1:09-cv-00703-AWI-JLT <br><br> ORDER AFTER FURTHER STATUS CONFERENCE |

On March 23, 2015, the Court held a further status conference. At the conference, counsel reported that revised analysis of the data has revealed that Plaintiff's contend there were fewer violations that previously thought and fewer than previously outlined in Plaintiff's motion for summary judgment. Counsel reported also that the objections to the evidence submitted by Plaintiffs in support of the motion have not been resolved.

Thus, based upon its conference with counsel, the Court **ORDERS**:

1. **No later than April 13, 2015**, Plaintiffs may file their reply to Defendant's opposition to their motion for summary judgment. The parties agree the reply may revise the numbers of violations claimed by Plaintiffs to have occurred and the revisions;

2. If the reply revises the numbers of violations claimed, Defendants may file a surreply that addresses **only** the revisions **no later than May 4, 2015**. The surreply may not be used to counter arguments made by Plaintiffs that are unrelated to the new material included in the reply;

1

3. A hearing on the motion for summary judgment is set on **June 15, 2015** at 1:30 p.m. in courtroom 2, before the Honorable Anthony W. Ishii.

IT IS SO ORDERED.

Dated: **March 23, 2015**  /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE