**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL MUNOZ; LIDIA CRUZ, et al., | Case No.  1:09-cv-00703-AWI-JLT |
| Plaintiffs, | **ORDER EXTENDING TIME TO FILE DEFENDANT'S SURREPLY BRIEF** |
| v. | (Doc. 177) |
| GIUMARRA VINEYARDS CORPORATION, a California corporation, and DOES 1 - 20, | |
| Defendants. | |

The Court having considered the stipulation and the appropriate showing of good case made, hereby GRANTS the stipulated request of the parties. It is hereby ORDERED that the deadline for Defendant's to file its surreply brief in opposition to plaintiffs' motion for summary judgment is continued to May 11, 2015.

IT IS SO ORDERED.

Dated:   __April 26, 2015__            _____ /s/ Jennifer L. Thurston__
                                                         UNITED STATES MAGISTRATE JUDGE

1