**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL MUNOZ; LIDIA CRUZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GIUMARRA VINEYARDS CORPORATION, a California corporation, and DOES 1 - 20,<br><br>　　　　　Defendants. | Case No.  1:09-cv-00703-AWI-JLT<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DECERTIFY** |

　　　Based upon Defendant's expressed intention to file a motion to decertify one or more of the classes, the Court **ORDERS**:

　　　1.　　The motion to decertify the class(es) **SHALL** be filed no later than **January 15, 2016** and heard no later than April 25, 2016.  The motion **SHALL NOT** exceed 25 pages, excluding exhibits;

　　　2.　　The opposition **SHALL** be filed no later than **February 12, 2016**. The opposition **SHALL NOT** exceed 25 pages, excluding exhibits.  Any objections to the evidence **SHALL** be filed at the same time as the opposition;

　　　3.　　The reply, if any, **SHALL** be filed no later than **March 4, 2016**. The reply **SHALL NOT** exceed 15 pages.  Any objections to Plaintiffs' evidence **SHALL** be filed at the same time as the reply;

1

1  4. A further status conference/further scheduling conference is set on **June 23, 2016** at 9:00 a.m. CourtCall appearances are authorized.

IT IS SO ORDERED.

Dated:     **November 2, 2015**                    /s/ Jennifer L. Thurston
                                               UNITED STATES MAGISTRATE JUDGE