# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MUNOZ, LIDIA CRUZ, YANET HERNANDEZ, SANTOS R. VALENZUELA, TRINIDAD RUIZ, MARTA A. RINCON de DIAZ, RAMON CERVANTES PERALES and HUGO PEREZ RIOS on behalf of themselves, and all current and former employees, and on behalf of a class of similarly situated employees<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>GIUMARRA VINEYARDS CORPORATION; and DOES 1-20,<br><br>　　　　　Defendant. | Case No.: 1:09-cv-00703-AWI-JLT<br><br>**ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY FOR DEFENDANT'S MOTION TO DE-CERTIFY THE LATE MEAL PERIOD CLASS** |

The parties have stipulated to a two-week extension of time to file the opposition and replies to Defendant's motion to decertify the late meal period class. The extension will allow the parties to prepare for and engage in mediation. For that reason, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' opposition brief to Defendant's motion to decertify the late meal period class and any evidentiary objections shall be extended to February 26, 2016.
2. Defendant's reply brief in support of its motion to decertify the late meal period class and any evidentiary objections shall be due on March 18, 2016.

IT IS SO ORDERED.

Dated:   February 12, 2016                                    _____
　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE