**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL MUNOZ; LIDIA CRUZ, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>GIUMARRA VINEYARDS CORPORATION, a California corporation, and DOES 1 - 20,<br><br>      Defendants. | Case No. 1:09-cv-00703-AWI-JLT<br><br>**ORDER CONTINUING STATUS CONFERENCE AND ORDER REQUIRING FILING OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT BY MARCH 3, 2017** |

    Counsel have notified the Court that they have "come to agreement in principle to resolve this matter entirely." (Doc. 213 at 213)  They request 120 days to finalize their agreement. <u>Id.</u> While the Court applauds their efforts toward compromise, there is no explanation why the settlement terms cannot be finalized more quickly.  Thus, the Court **ORDERS**:

    1.    The status conference currently set on December 12, 2016 is **CONTINUED** to **January 13, 2017** at 8:45 a.m.  Telephonic appearances via CourtCall are authorized.  **<u>No later than January 6, 2017</u>**, counsel **SHALL** file a joint report setting forth their progress toward finalizing the settlement terms and any impediments to doing so;

///

///

///

2. **No later than March 3, 2017**, the parties **SHALL** file their joint motion for preliminary approval of the class settlement.

IT IS SO ORDERED.

Dated: **November 30, 2016**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2