UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MUNOZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GIUMARRA VINEYARDS CORP.,<br><br>　　　　　Defendant. | Case No.: 1:09-cv-00703-AWI-JLT<br><br>ORDER GRANTING APPROVAL OF THE FINALIZED CLASS NOTICE PACKET<br>(Doc. 224) |

　　　　The plaintiffs have filed the amended Class Notice Packets (Doc. 224), which contain the information required by Rule 23(c) of the Federal Rules of Civil Procedure, including the nature of the action, the class definition approved by the Court, the claims and issues to be resolved, representation by counsel, how a class member may choose to be excluded from the class, the time and method to opt-out of the class, and the binding effect of a class judgment.  For these reasons, the finalized Class Notice Packets are **APPROVED**.

IT IS SO ORDERED.

　　Dated:　**April 3, 2017**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE