ERIC B. KINGSLEY, Esq. (SBN 185123)
eric@kingsleykingsley.com
KELSEY M. SZAMET, Esq. (SBN 260264)
kelsey@kingsleykingsley.com
DAVID KELEDJIAN, Esq. (SBN 309135)
davidk@kingsleykingsley.com
**KINGSLEY & KINGSLEY, APC**
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
(818) 990-8300, Fax (818) 990-2903
Attorneys for Plaintiffs

*[Additional Counsel on Next Page]*

Bruce D. Carroll (SBN 108725)
chezcarroll@earthlink.net
**Of Counsel**
2828 Huber Heights Dr
Las Vegas, NV 89128
(323) 788-2935, Fax (866) 629-4835
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RAFAEL MUNOZ, LIDIA CRUZ, YANET HERNANDEZ, SANTOS R. VALENZUELA, TRINIDAD RUIZ, MARTA A. RINCON de DIAZ, RAMON CERVANTES PERALES and HUGO PEREZ RIOS on behalf of themselves, and all current and former employees, and on behalf of a class of similarly situated employees<br><br>Plaintiffs,<br><br>vs.<br><br>GIUMARRA VINEYARDS CORPORATION; and DOES 1-20,<br><br>Defendant. | CASE NO: 09-cv-00703-AWI-JLT<br><br>**ORDER GRANTING JOINT STIPULATION OF CY PRES DESIGNEES AND ALLOCATION OF CY PRES AWARD**<br><br>Hon. Anthony W. Ishii |

STAN S. MALLISON (SBN 184191)
stanm@themmlawfirm.com
HECTOR R. MARTINEZ (SBN 206336)
hectorm@themmlawfirm.com
MARCO A. PALAU (SBN 242340)
mpalau@themmlawfirm.com
JOSEPH D. SUTTON (SBN 269951)
jsutton@themmlawfirm.com
**MALLISON & MARTINEZ**
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
(510) 832-9999; Fax: (510) 832-1101

**BUSH GOTTLIEB SINGER LOPEZ KOHANSKI ADELSTEIN & DICKINSON**
IRA L. GOTTLIEB (SBN 103236)
E-MAIL: GOTTLIEB@BUSHGOTTLIEB.COM
DAVID S. ADELSTEIN (SBN 105250)
500 North Central Avenue, Suite 800
Glendale, CA 91203
(818) 973-3200; Fax: (818) 973-3201

**MARTINEZ AGUILASOCHO & LYNCH, APLC**
MARIO MARTINEZ (SBN 200721)
THOMAS P. LYNCH (SBN 159277)
P.O. Box 11208
Bakersfield, CA 93389-1208
(661) 859-1174; Fax: (661) 840-6154
Email: mmartinez@farmworkerlaw.com

**MCNICHOLAS & MCNICHOLAS, LLP**
PATRICK MCNICHOLAS (SBN 125868)
MATHEW S. MCNICHOLAS (SBN 190249)
10866 Wilshire BL., Suite 1400
Los Angeles, CA 90024-4338
(310) 474-1582; FAX: (310) 475-7871
Email: MSM@MCNICHOLASLAW.COM

**WEINBERG, ROGERS & ROSENFELD**
A Professional Corporation
DAVID R. ROSENFELD (SBN 058163)
Email: drosenfeld@unioncounsel.net
CHRISTIAN L. RAISNER (SBN 133839)
E-mail: craisner@unioncounsel.net
WILLIAM A. SOKOL (SBN 072740)
E-mail: bsokol@unioncounsel.net
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
(510) 337-1001; Fax: (510) 337-102

Attorneys for Plaintiffs

2

[Proposed] Order Re: Joint Stipulation of Cy Pres Designees and Allocation of Cy Pres Award
*Case No. 09-cv-00703-AWI-JLT*

**ORDER**

Plaintiffs RAFAEL MUNOZ, LIDIA CRUZ, YANET HERNANDEZ, SANTOS R. VALENZUELA, TRINIDAD RUIZ, MARTA A. RINCON de DIAZ, RAMON CERVANTES PERALES and HUGO PEREZ RIOS ("Plaintiffs"), on behalf of themselves, and all current and former employees, and on behalf of a class of similarly situated employees, and Defendant GIUMARRA VINEYARDS CORPORATION ("Defendant") (collectively "the Parties") have filed a Joint Stipulation of Cy Pres Designees and Allocation of Cy Pres Award and request the Court grant the agreed upon designees and allocation.

The Court, having considered the Parties' Joint Stipulation of Cy Pres Designees and Allocation of Cy Pres Award, finds good cause for issuing an Order granting the Joint Stipulation.

**IT IS HEREBY ORDERED:**

1. The Court **GRANTS** the request to approve Parties' Joint Stipulation of Cy Pres Designees and Allocation of Cy Pres Award.

2. The Court designates California Rural Legal Assistance, Inc. ("CRLA") and California Farmworker Foundation ("CFF") as *cy pres* designees to receive the uncashed settlement funds, pursuant to the Settlement Agreement.

3. CRLA is to receive 80% of the uncashed funds, and CFF is to receive 20% of the uncashed funds. The *cy pres* award of $60,303.10 is to be allocated $48,242.48 to CRLA, and $12,060.62 to CFF.

IT IS SO ORDERED.

Dated: March 31, 2021

_____
SENIOR DISTRICT JUDGE

1

[Proposed] Order Re: Joint Stipulation of Cy Pres Designees and Allocation of Cy Pres Award
Case No. 09-cv-00703-AWI-JLT